HUBERT W. HICKS v. THE BOARD OF AUDITORS OF WAYNE COUNTY.

*Schools and school-districts—Compensation of assistant visitor— Mandamus.*

*Mandamus* will not lie to compel the payment of an assistant visitor of schools for services rendered under Act No. 147, Laws of 1891, where the commissioner of schools has not determined the compensation of the assistant, as required by section 10 of the act.

*Mandamus.* Argued February 7, 1893. Denied February 9, 1893.

Relator applied for *mandamus* to compel the respondent to pay him for services claimed to have been rendered as an assistant visitor of schools, under an appointment made by the commissioner of schools of Wayne county pursuant to subd. 6, § 8, Act No. 147, Laws of 1891.

*Brennan, Donnelly & Van De Mark,* for relator.

*Allan H. Frazer (O. F. Hunt,* of counsel), for respondent.

PER CURIAM.    The writ is denied, on the ground that the commissioner of schools has not determined the compensation of relator, as required by law.